

GRANTED
Judge James Ware
2/6/2009

1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant ConocoPhillips Company
7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
10

11  MATTHEW E. HORTON,              )   Case No. 5:08-cv-05437-JW
12                                  )
                                    )   **STIPULATION TO EXTEND TIME TO**
              Plaintiff,            )   **RESPOND TO COMPLAINT**
13                                  )
         vs.                        )
14                                  )
    CONOCOPHILLIPS COMPANY, a Texas )
15  corporation and DOES 1 through 10, )
    Inclusive,                      )
16                                  )
              Defendants.           )
17  _____)

18       The parties hereby stipulate to extend Defendant ConocoPhillips Company's time to

19  respond to the complaint to February 26, 2009.  This stipulation will not alter the date of any

20  event or deadline already fixed by Court order.

21       IT IS SO STIPULATED.

22  Dated: January 22, 2009                GLYNN & FINLEY, LLP

23
                                           _____
24                                         Attorneys for ConocoPhillips Company

25
    Dated: January 23, 2009                BLEAU FOX, A P.L.C.
26
                                           _____
27                                         Attorneys for Plaintiff

28

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT