```
1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW E. HORTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:08-cv-05437-JW<br><br>**JOINT STATUS REPORT RE DETERMINATION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to the Court's March 13, 2009 order, the parties are updating the Court on the status of the decision of the Judicial Panel on Multidistrict Litigation. On June 11, 2009, the Panel granted ConocoPhillips Company's motion to have this case consolidated or coordinated for pretrial proceedings in the Northern District of California pursuant to 28 U.S.C. § 1407. A copy of the Panel's "Transfer Order" is attached. The Panel has assigned the case to the Honorable Ronald M. Whyte pending approval by the Northern District. Accordingly, the parties request that the Court continue to stay any case management deadlines pending transfer.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: June 19, 2009 | GLYNN & FINLEY, LLP |
| 2 | | _____ |
| 3 | | Attorneys for ConocoPhillips Company |
| 4 | Dated: June 19, 2009 | BLEAU FOX, A P.L.C. |
| 5 | | |
| 6 | | _____ |
|   | | Attorneys for Plaintiff |

*** **ORDER** ****

In light of the pending MDL assignment, the STAY on the above action shall remain in effect until the case is transferred to Judge Ronald Whyte.

Dated:  June 25, 2009

_____
JAMES WARE
United States District Judge